UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

Case No. 0:19-cv-60728-BB

JOSE GARCIA, LEDVIN ALARCON,
and all others similarly situated under
29 U.S.C. §216(b),

       Plaintiffs,

vs.

J & J, INC. d/b/a EAGLE PAINTING, a
Florida corporation, JANET S. FIELD, individually,
and JOHN H. FIELD, individually,

       Defendants.

_____/

## JOINT NOTICE OF SETTLEMENT

The parties, by and through respective undersigned counsel, hereby advise the Court that the parties have reached a settlement in this matter.  The parties are in the process of drafting and finalizing the settlement documents and anticipate filing the appropriate papers with the Court within the next ten (10) days.

As part of the settlement, the parties have agreed to consent to magistrate judge jurisdiction for *Lynn's Food* approval and for the determination of a reasonable fee and cost award.  However, because the current paired magistrate judge (Valle) presided over the initial settlement conference in this case, and therefore was privy to confidential discussions with defendants and their counsel, defendants respectfully request that this Court re-assign this case to a different magistrate judge. Plaintiffs believe Judge Valle's historical involvement in this case, including her rulings on several motions, provides helpful background for deciding the reasonableness of fees and costs.

Respectfully submitted on January 31, 2020

By: *s/ J. Freddy Perera*
J. Freddy Perera, Esq.
Florida Bar No. 93625
freddy@pererabarnhart.com
Valerie Barnhart, Esq.
Florida Bar No. 88549
valerie@pererabarnhart.com
Brody M. Shulman, Esq.
Fla. Bar No.: 092044
brody@pererabarnhart.com
Waynice A. Green, Esq.
Florida Bar No. 116175
waynice@pererabarnhart.com
**PERERA BARNHART, P.A.**
12555 Orange Drive, 2nd Floor
Davie, Florida 33330
Telephone: 786-485-5232
*Attorneys for Plaintiffs*

By:  *s/ Daniel R. Levine*
Daniel R. Levine, ESQ.
Florida Bar No. 0057861
drl@pbl-law.com
**PADULA BENNARDO LEVINE, LLP**
3837 NW Boca Raton Blvd., Suite 200
Boca Raton, FL   33431
Telephone: (561) 544-8900
Facsimile: (561) 544-8999
*Counsel for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that on January 31, 2020, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record identified on the Service List below via transmission of Notices of Electronic Filing generated by CM/ECF.

*s/ Daniel R. Levine*
DANIEL R. LEVINE, ESQ.

## SERVICE LIST

*Jose Garcia, et al. v. J & J, Inc. d/b/a Eagle Painting, et al.*
Case No. 0:19-cv-60728-BB
United States District Court, Southern District of Florida

| | |
|---|---|
| J. Freddy Perera, Esquire<br>E-Mail:   freddy@pba-law.com<br>Perera Barnhart, P.A.<br>12555 Orange Drive, Suite 268<br>Davie, FL  33330<br>Telephone:     (786) 485-5232<br>Counsel for Plaintiffs<br>*Via CM/ECF* | Daniel R. Levine, Esquire<br>E-Mail:   DRL@PBL-Law.com<br>Padula Bennardo Levine, LLP<br>3837 NW Boca Raton Blvd., Suite 200<br>Boca Raton, FL  33431<br>Telephone:     (561) 544-8900<br>Facsimile:     (561) 544-8999<br>Counsel for Defendants<br>*Via CM/ECF* |
| Valerie Barnhart, Esquire<br>E-Mail:   valerie@pba-law.com<br>Perera Barnhart, P.A.<br>12555 Orange Drive, Suite 268<br>Davie, FL  33330<br>Telephone:     (786) 485-5232<br>Counsel for Plaintiffs<br>*Via CM/ECF* | |
| Brody M. Shulman, Esquire<br>E-Mail:   brody@pba-law.com<br>Perera Barnhart, P.A.<br>12555 Orange Drive, Suite 268<br>Davie, FL  33330<br>Telephone:     (786) 485-5232<br>Counsel for Plaintiffs<br>*Via CM/ECF* | |