UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 0:19-cv-60728-BB

JOSE GARCIA, *et al.,*

      Plaintiffs,

v.

J & J, INC., d/b/a EAGLE PAINTING,
*Et al.*,

      Defendants.
_____/

**JOINT MOTION TO REVIEW AND APPROVE FLSA SETTLEMENT AND DISMISS
ACTION WITH PREJUDICE AND INCORPORATED MEMORANDUM OF LAW**

      Plaintiffs and Defendants, by and through their respective undersigned counsel, hereby jointly move the Court to review and approve their settlement and dismiss this action with prejudice, as follows:

      1.     Plaintiffs allege Defendants violated the Fair Labor Standards Act of 1938, as amended, 29 U.S.C. § 201, *et seq.* ("FLSA"), by failing to pay alleged unpaid overtime compensation.  Defendants vigorously deny any wrongdoing under the FLSA, and further deny Plaintiffs are entitled to any relief whatsoever.  The parties agree that there is a bona fide, good faith dispute as to both liability and damages regarding Plaintiffs' claims.

      2.     To avoid the costs and uncertainty of further litigation, the parties have negotiated a settlement of this matter.  Pursuant to *Lynn's Food Stores, Inc. v. United States*, 679 F.2d 1350 (11th Cir. 1982), claims for back wages arising under the FLSA may be settled or compromised with the approval of the district court (or under the supervision of the U.S. Department of Labor). The parties request that the Court review and approve their settlement and dismiss this action with

prejudice.   The parties further request that the Court reserve jurisdiction to enforce the terms of the settlement, should such enforcement be necessary.

3.      All parties are represented by counsel in this action, and all parties and their respective counsel agree and stipulate that the settlement represents a fair, reasonable, good faith and arms-length settlement of Plaintiffs' claims.

4.      As a result, Plaintiffs and Defendants have agreed to a resolution of all claims in this matter.

5.      The parties represent that as a result of this Settlement Agreement, Plaintiffs will receive payment for their alleged unpaid overtime as designated in the Settlement Agreement. Defendants also have agreed that this Court shall determine reasonable attorney's fees and costs due to Plaintiffs' counsel, if any.

6.      The parties stipulate that they had a bona fide dispute and that they are resolving the matter in order to avoid the cost and time of litigating the issues, as well as the risks associated with continued litigation.   All parties have been represented by counsel throughout the litigation. Additionally, Plaintiffs' claims involve disputed issues.

7.      The Parties agreed to the terms of the settlement after they were counseled by their respective attorneys.

8.      Counsel for both Parties represent that the settlement entered into by the Parties was an arms-length compromise and there was no collusion with regard to the settlement of this matter.

9.      Counsel for the Parties also represent that the continuation of this litigation would necessitate further expense necessitating additional expenditures of costs and attorney's fees.

10. Counsel for both parties agree that, in their respective opinions, the settlement is fair and reasonable under the circumstances.

11. To avoid the costs and uncertainty of further litigation, the parties have negotiated a settlement of this matter. Pursuant to *Lynn's Food Stores, Inc. v. United States*, 679 F.2d 1350 (11th Cir. 1982), claims for back wages arising under the FLSA may be settled or compromised with the approval of the district court (or under the supervision of the U.S. Department of Labor). The parties request that the Court review and approve their settlement and dismiss this action with prejudice. The parties further request that the Court reserve jurisdiction to enforce the terms of the settlement, should such enforcement be necessary, as well as to determine reasonable attorney's fees and costs due to Plaintiffs' counsel, if any.

12. The Parties have agreed to have the Court determine the amount of fees and costs to be awarded to Plaintiffs' counsel. The Parties agree that the Court's order approving this Agreement shall meet all procedural requirements so as to allow the Court to subsequently determine the issue of attorneys' fees and costs to Plaintiffs' counsel.

13. All parties are represented by counsel in this action, and all parties and their respective counsel agree and stipulate that the settlement represents a fair, reasonable, good faith and arms-length compromise of Plaintiffs' claims.

WHEREFORE, Plaintiffs and Defendants jointly request that the Court enter an order (a) approving the parties' settlement; (b) dismissing this action with prejudice; and (c) reserving jurisdiction to enforce the terms of the settlement, should such enforcement be necessary. A proposed order is provided herewith.

Respectfully submitted this 29th day of May, 2020.


*s/ J. Freddy Perera*
J. Freddy Perera, Esq.
Florida Bar No. 93625
E-Mail:     freddy@pba-law.com
Perera Barnhart Aleman
12401 Orange Drive, Suite 123
Davie, FL   33330
Telephone:     (786) 485-5232
Counsel for Plaintiffs

*s/ Daniel R. Levine*
Daniel R. Levine, Esq.
Florida Bar No. 0057861
E-Mail:     drl@pbl-law.com
Padula Bennardo Levine LLP
3837 NW Boca Raton Blvd., Suite 200
Boca Raton, FL   33431
Telephone:     (561) 544-8900
Facsimile:     (561) 544-8999
Counsel for Defendants

## CERTIFICATE OF SERVICE

I hereby certify that on May 29, 2020, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.   I also certify that the foregoing document is being served this day on all counsel of record identified on the Service List below via transmission of Notices of Electronic Filing generated by CM/ECF.

s/ Daniel R. Levine
DANIEL R. LEVINE, ESQ.

## SERVICE LIST

*Jose Garcia, et al. v. J & J, Inc. d/b/a Eagle Painting, et al.*
Case No. 0:19-cv-60728-BB   (Bloom / Valle)
United States District Court, Southern District of Florida

| | |
|---|---|
| J. Freddy Perera, Esquire<br>E-Mail:    freddy@pba-law.com<br>Perera Barnhart, P.A.<br>12555 Orange Drive, Suite 268<br>Davie, FL   33330<br>Telephone:    (786) 485-5232<br>Counsel for Plaintiffs<br>*Via CM/ECF* | Daniel R. Levine, Esquire<br>E-Mail:    DRL@PBL-Law.com<br>Padula Bennardo Levine, LLP<br>3837 NW Boca Raton Blvd., Suite 200<br>Boca Raton, FL   33431<br>Telephone:    (561) 544-8900<br>Facsimile:    (561) 544-8999<br>Counsel for Defendants<br>*Via CM/ECF* |
| Valerie Barnhart, Esquire<br>E-Mail:    valerie@pba-law.com<br>Perera Barnhart, P.A.<br>12555 Orange Drive, Suite 268<br>Davie, FL   33330<br>Telephone:    (786) 485-5232<br>Counsel for Plaintiffs<br>*Via CM/ECF* | |
| Brody M. Shulman, Esquire<br>E-Mail:    brody@pba-law.com<br>Perera Barnhart, P.A.<br>12555 Orange Drive, Suite 268<br>Davie, FL   33330<br>Telephone:    (786) 485-5232<br>Counsel for Plaintiffs<br>*Via CM/ECF* | |

5