UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

**Case No. 19-cv-60728-BLOOM/Valle**

JOSE GARCIA, LEDVIN ALARCON,
*and all others similarly situated under*
*219 U.S.C. § 216(b)*,

    Plaintiffs,

v.

J&J, INC., d/b/a EAGLE PAINTING,
JANET S. FIELD and JOHN H. FIELD,

    Defendants.
_____/

## ORDER APPROVING SETTLEMENT AND DISMISSING CASE WITH PREJUDICE

**THIS CAUSE** is before the Court upon Joint Motion to Review and Approve FLSA Settlement and Dismiss Action With Prejudice, ECF No. [150] ("Motion"), filed on May 29, 2020. Upon review of the record and the parties' documented basis for a settlement of the FLSA case, including an award of attorneys' fees to Plaintiff's counsel as the prevailing party, the Court finds that settlement of this action is fair and reasonable and that the requested fee is fair and reasonable and not grossly excessive. Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. The Motion, **ECF No. [150]**, is **GRANTED**.

2. The Confidential Settlement Agreement and Mutual General Release, **ECF No. [150-1]** ("Settlement Agreement"), which has been duly filed as a record of the Court, is **APPROVED** in its entirety.

3. This case is **DISMISSED WITH PREJUDICE**, and all pending motions are **DENIED AS MOOT**.

Case No. 19-cv-60728-BLOOM/Valle

4. The Court retains jurisdiction to enforce the terms of the Settlement Agreement.

**DONE AND ORDERED** in Chambers at Miami, Florida, on May 29, 2020.

_____
**BETH BLOOM**
**UNITED STATES DISTRICT JUDGE**

Copies to:

Counsel of Record