UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 19-cv-60728-BLOOM/Valle

JOSE GARCIA, LEDVIN ALARCON,
*and all others similarly situated under*
*219 U.S.C. § 216(b)*,

      Plaintiffs,

v.

J&J, INC., d/b/a EAGLE PAINTING,
JANET S. FIELD and JOHN H. FIELD,

      Defendants.
_____/

## ORDER ADOPTING REPORT AND RECOMMENDATIONS

**THIS CAUSE** is before the Court upon Plaintiff's Motion in Support of Bill of Costs, ECF No. [152] ("Motion for Costs"), and Plaintiff's Verified Motion for Attorneys' Fees, ECF No. [155] ("Motion for Fees") (together, the "Motions"). The Court previously referred the Motions to Magistrate Judge Alicia O. Valle. ECF No. [156]. On February 1, 2021, Judge Valle issued a Report and Recommendations recommending that the Motion for Costs be granted and that the Motion for Fees be granted in part and denied in part. ECF No. [181] (the "R&R"). The recommendation reflects reductions in certain of the hourly rates requested and the number of hours expended, which Judge Valle concluded are warranted in this case. Ultimately, Judge Valle recommends that Plaintiff be awarded $159,273.00 in attorneys' fees and $10,240.00 in costs, for a total award of $169,513.00.

The R&R advised that "[w]ithin fourteen days after being served with a copy of this Report and Recommendation, any party may serve and file written objections to any of the above findings and recommendations as provided by the Local Rules for this district." ECF No. [181] at 22. To

date, neither party has filed objections, nor have they sought additional time in which to do so. Nonetheless, the Court has reviewed the Motion and the record, has conducted a *de novo* review of Judge Valle's R&R, and is otherwise fully advised in the premises. *Williams v. McNeil*, 557 F.3d 1287, 1291 (11th Cir. 2009) (citing 28 U.S.C. § 636(b)(1)).

Upon review, the Court finds Judge Valle's R&R to be well-reasoned and correct. The Court agrees with the analysis in the R&R and concludes that Plaintiff's Motion for Costs should be granted and that the Motion for Fees should be granted in part for the reasons set forth therein.

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. Judge Valle's R&R, **ECF No. [181]**, is **ADOPTED**.
2. The Motion for Costs, **ECF No. [152]**, is **GRANTED**.
3. The Motion for Fees, **ECF No. [155]**, is **GRANTED IN PART AND DENIED IN PART**.
4. Plaintiff is awarded a total of **$169,513.00**, comprised of $159,273.00 in attorneys' fees, and $10,240.00 in costs.
5. This case shall remain **CLOSED**.

**DONE AND ORDERED** in Chambers at Miami, Florida, on February 17, 2021.

_____
**BETH BLOOM**
**UNITED STATES DISTRICT JUDGE**

Copies to:

Counsel of record